1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ADAM RICKLEF

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 6:08-MJ-0015 WMW
                                       )
12           *Plaintiff,*               )   STIPULATION TO MODIFY
                                       )   TERM OF PROBATION;
13      v.                             )   ORDER THEREON
                                       )
14  ADAM RICKLEF,                      )   Date :      July 2, 2008
                                       )   Magistrate: Dennis L. Beck
15           *Defendant.*               )
    _____)
16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19  attorneys of record herein, that the term of probation that "the defendant shall submit to the collection of

20  DNA as directed by the probation officer" be deleted.  As grounds for the modification, the parties agree

21  that DNA collection is not mandatory for the instant misdemeanor offense and is not appropriate in this

22  particular case in light of 18 United States Code § 3553 factors.

23       This stipulation is requested by counsel for the defendant and would be joined by Assistant United

24  States Attorney Mark McKeon, who has consulted with the probation department prior to entering into

25  this stipulation.

26  //

27  //

28  //

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 2, 2008 | /s/ Mark McKeon<br>MARK MCKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 2, 2008 | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED that the term of probation that "the defendant shall submit to the collection of DNA as directed by the probation officer" be deleted.

IT IS SO ORDERED.

Dated: **July 2, 2008**          /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE