DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADAM RICKLEF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>ADAM RICKLEF,<br><br>    *Defendant.* | No. 6:08-MJ-0015 WMW<br><br>STIPULATION TO MODIFY TERM OF PROBATION; ORDER THEREON<br><br>Date :      July 15, 2008<br>Magistrate:  Gary S. Austin |

     IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the term of probation that the defendant shall pay a fine "total of $1,025.00 to be paid as directed by probation" be modified to allow payments of $50.00 per month commencing on August 1, 2008 and due the 1st of every month thereafter until paid in full.  As grounds for the modification, the parties agree that such a fine schedule would be affordable to the defendant and allow the fine to be paid during the probationary period and be in the interests of justice.

     This stipulation is requested by counsel for the defendant and would be joined by Assistant United States Attorney Mark McKeon.

//

//

//

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 15, 2008 | /s/ Mark McKeon<br>MARK MCKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 15, 2008 | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

The term of probation that the defendant shall pay a fine "total of $1,025.00 to be paid as directed by probation" be modified to allow payments of $50.00 per month commencing on August 1, 2008 and due the 1st of every month thereafter until paid in full.

IT IS SO ORDERED.

Dated: **July 15, 2008**      /s/ **Gary S. Austin**
                          UNITED STATES MAGISTRATE JUDGE

Ricklef - Stipulation to Modify Probation Term; Order      2